No. 01–5466.  SHEWFELT *v.* ALASKA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 01–5467.  RILEY *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 01–5468.  PEREZ *v.* MATESANZ, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER.  C. A. 1st Cir.  Certiorari denied.

No. 01–5469.  LaMARCA *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–5470.  MARTIN *v.* WELBORN.  C. A. 11th Cir.  Certiorari denied.

No. 01–5471.  COBB *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–5472.  CHANNITA *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–5473.  DeLEON *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 01–5474.  DICKENS *v.* ARIZONA.  Super. Ct. Ariz., Yuma County.  Certiorari denied.

No. 01–5475.  MAISONNEUVE *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 01–5476.  LOWELL *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–5477.  HURTADO *v.* TUCKER, ATTORNEY GENERAL OF MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 01–5478.  McKINNEY *v.* ROE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–5479.  REYES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5480.  MARSHALL *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.